E-filing

FILED
08 AUG 25 AM 11:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CW (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jornay Rechurnd Rodriguez
                Plaintiff,

vs.

John Marshall, Warden
                Defendant.

CV 08   4036

CASE NO. BA 131 909

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Jornay Rechurnd Rodriguez declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __1995    Los Angeles California Conservation Corps  $4.50 hr__
5  __$5,000 a year,_____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or           Yes ___ No ✓
10            self employment
11    b.   Income from stocks, bonds,        Yes ___ No ✓
12            or royalties?
13    c.   Rent payments?                    Yes ___ No ✓
14    d.   Pensions, annuities, or           Yes ___ No ✓
15            life insurance payments?
16    e.   Federal or State welfare payments, Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                    Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

|    |    |
|----|----|
| 1  | b.  List the persons other than your spouse who are dependent upon you for |
| 2  |     support and indicate how much you contribute toward their support.  (NOTE: |
| 3  |     For minor children, list only their initials and ages.  DO NOT INCLUDE |
| 4  |     THEIR NAMES.). |
| 5  | _____ |
| 6  | _____ |
| 7  | 5.  Do you own or are you buying a home?    Yes ___  No ✓ |
| 8  | Estimated Market Value: $_____  Amount of Mortgage: $_____ |
| 9  | 6.  Do you own an automobile?    Yes ___  No ✓ |
| 10 | Make _____ Year _____ Model _____ |
| 11 | Is it financed? Yes _____ No _____ If so, Total due: $ _____ |
| 12 | Monthly Payment: $ _____ |
| 13 | 7.  Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.) |
| 14 | Name(s) and address(es) of bank: _____ |
| 15 | _____ |
| 16 | Present balance(s): $ _____ |
| 17 | Do you own any cash?  Yes ___ No ___  Amount: $ _____ |
| 18 | Do you have any other assets?  (If "yes," provide a description of each asset and its estimated |
| 19 | market value.)  Yes ___ No ___ |
| 20 | _____ |
| 21 | 8.  What are your monthly expenses?  N/A |
| 22 | Rent: $ _____ Utilities: _____ |
| 23 | Food: $ _____ Clothing: _____ |
| 24 | Charge Accounts: |
| 25 | Name of Account         Monthly Payment         Total Owed on This Acct. |
| 26 | _____   $ _____   $ _____ |
| 27 | _____   $ _____   $ _____ |
| 28 | _____   $ _____   $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  8·13·08                              _____
17     DATE                                    SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Jorray Rochuerd Rodriguez_ for the last six months
[prisoner name]
_California Mens Colony_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____ .

Dated: _8-13-08_                              _____
                                              [Authorized officer of the institution]